UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:09-CR-119 |
| ) | (PHILLIPS/GUYTON) |
| MELVIN J. ANDERSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on February 25, 2010, for a hearing to address the Defendant's Motion to Suppress Evidence [Doc. 19]. Assistant United States Attorney Melissa M. Millican appeared on behalf of the Government. Attorney Gerald L. Gulley, Jr., was present representing the Defendant, who was also present.

At the hearing, the Defendant made an oral motion to withdraw the Motion to Suppress [Doc. 19]. In support of the oral motion, the Defendant explained that he has entered into a plea agreement with the Government and no longer intends to pursue the Motion to Suppress. The Government reiterated that the plea agreement had been signed and would be filed with the Court shortly.

Based upon the foregoing, the Court finds that the oral motion to withdraw is well-taken, and it is **GRANTED**. Accordingly, the Court finds that the Defendant's Motion to Suppress **[Doc. 19]** is now moot, and it is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge